**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **EVELIA FERNANDEZ MURILLO,** | § § § | |
| *Plaintiff,* | § § | |
| | § | **CIVIL ACTION NO. 3:22-cv-85** |
| **v.** | § § | **JURY DEMANDED** |
| **SUNLAND PARK MALL, LLC, AND SCHINDLER ELEVATOR CORPORATION,** | § § § § | |
| *Defendants.* | § § § § | |

## DEFENDANTS SUNLAND PARK MALL, LLC, AND SCHINDLER ELEVATOR CORPORATION'S NOTICE OF REMOVAL

COME NOW, Defendants Sunland Park Mall, LLC ("Sunland") and Schindler Elevator Corporation ("Schindler") (hereinafter collectively referred to as "Defendants"), and remove the above-captioned case, in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, from the 346th Judicial District Court of El Paso County, Texas, to the United States District Court for the Western District of Texas, El Paso Division. Defendants would respectfully show this Court as follows:

1

# I.
## GROUNDS FOR REMOVAL

1.     Removal of this matter is proper, and federal jurisdiction exists, because it involves parties with diverse citizenship and the amount in controversy exceeds $75,000.00. Defendants have complete diversity of citizenship from Plaintiff, and removal of this case is proper.

# II.
## BACKGROUND AND PROCEDURAL HISTORY

2.     According to Plaintiff's Original Petition, this lawsuit involves an incident which occurred on or about February 6, 2020, while Plaintiff was riding an escalator at Sunland's premises that was maintained by Schindler. Plaintiff purportedly fell and was injured when the escalator suddenly stopped. She filed suit in El Paso County District Court on January 31, 2022, asserting a cause of action of negligence against Schindler, and causes of action of both negligence and premises liability against Sunland.

3.     On information and belief, Plaintiff is a citizen of Texas, residing in Bexar County, Texas.[1] Defendant Sunland is a foreign corporation whose principal place of business is located at 225 W. Washington Street, Indianapolis, Indiana

---

[1] Exhibit 1: Plaintiff's Original Petition, ¶ 2.

46204.[2] Defendant Schindler is a foreign corporation whose principal place of business is located at 20 Whippany Road, Morristown, New Jersey 07960.[3]

4.     Schindler's registered agent for service of process received the citation and a copy of Plaintiff's Original Petition on February 11, 2022.[4] Sunland's registered agent for service of process also received the citation and a copy of Plaintiff's Original Petition on February 11, 2022.[5]

## III.
## REMOVAL IS TIMELY

5.     The notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of February 11, 2022, the date Defendants were served with summons and copies of Plaintiff's Original Petition, and within one year from when Plaintiff commenced the state court action.

## IV.
## DIVERSITY JURISDICTION EXISTS FOR ALL PROPER PARTIES

6.     Under 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is

---

[2] *Id*. at ¶ 3.
[3] *Id.* at ¶ 4.
[4] Exhibit 4: Return of Citation served on Defendant Schindler Elevator Corporation.
[5] Exhibit 5: Return of Citation served on Defendant Sunland Park Mall, LLC.

pending."[6]   Further, pursuant to 28 U.S.C. § 1332(a), district courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."[7]

**A. Diversity of citizenship exists between the parties.**

7.     Federal jurisdiction exists in this case because the parties are completely diverse. 28 U.S.C. §§ 1441(a), 1332. Plaintiff is a citizen of Texas, residing in Bexar County, Texas.[8]

8.     Defendant Sunland was, at the time of the commencement of this action and at present time, an Indiana limited liability company with its sole member being WP Centers REIT 10, LLC, which is a Delaware entity with its principal place of business located in Columbus, Ohio. The citizenship of an LLC is determined by the citizenship of its members. *See Am. Motorists Inc. Co. v. Am. Emp. Ins. Co.*, 600 F.2d 15, 16 (5th Cir. 1979); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cit. 2008). As such, Defendant Sunland is a citizen of the states of Delaware and Ohio.

9.     Defendant Schindler was, at the time of the commencement of this action and at the present time, a corporation organized and duly incorporated under

---

[6]28 U.S.C. § 1441(a).
[7]28 U.S.C. § 1332(a).
[8] Exhibit 1: Plaintiff's Original Petition.

the laws of the State of Delaware with its principal place of business located in the State of New Jersey. 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of a State by which it has been incorporated and of the State where it has its principal place of business." As such, Defendant Schindler is a citizen of the states of Delaware and New Jersey.

**B. The amount in controversy exceeds $75,000.00.**

10.     Plaintiff's damage claims also meet the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(b). The amount in controversy is the estimate of damages that will be put at issue, not the amount Plaintiff will actually recover.[9] Under Texas Rule of Civil Procedure 47, a plaintiff is required to plead one of the statutorily-prescribed ranges of damages.[10] In this matter, Plaintiff pled that she seeks in excess of $1,000,000.00 in damages.[11]  As such, from the face of the petition, the amount in controversy plainly exceeds $75,000.

**VI.**
**PROCEDURAL REQUIREMENT FOR REMOVAL**

11.     Venue for this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division

---

[9]*S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 491 (5th Cir. 1996).
[10]TEX. R. CIV. P. 47.
[11]Exhibit 1, Plaintiff's Original Petition.

corresponding to the place where the state court action was pending – El Paso County.

12.    Simultaneously with the filing of this Notice of Removal, a copy of this Notice of Removal has been served on all parties and forwarded for filing with the Clerk of the District Court of El Paso County, Texas, Case No. 2022DCV0340, *Evelia Fernandez Murillo v. Sunland Park Mall, LLC, and Schindler Elevator Corporation*, in the District Court of El Paso County, Texas, 346th Judicial District Court in accordance with 28 U.S.C. § 1446(d).

## VII.
## PAPERS FROM THE REMOVED ACTION

13.    Pursuant to 28 U.S.C. § 1446(a), the following documents are attached to this Notice of Removal:

Exhibit 1:    Plaintiff's Original Petition

Exhibit 2:    Defendant Sunland Park Mall, LLC's Special Exceptions and Original Answer

Exhibit 3:    Defendant Schindler Elevator Corporation's Special Exception and Original Answer

Exhibit 4:    Return of Citation served on Defendant Schindler Elevator Corporation

Exhibit 5:    Return of Citation served on Defendant Sunland Park Mall, LLC

Exhibit 6:    Civil Cover Sheet

Exhibit 7:    Supplemental Civil Cover Sheet

Exhibit 8:    Index of Matters Being Filed

Exhibit 9:    List of All Counsel of Record and Parties Represented

14.    Defendants reserve the right to amend or supplement this Notice of Removal.

## VIII.
## JURY DEMAND

15.    Plaintiff made a jury demand in the state court action. Defendants hereby request a trial by jury.

## IX.
## CONCLUSION

16.    This state court action may be removed to this Court by Defendants in accordance with provisions of 28 U.S.C. § 1441(a) because (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Texas, El Paso Division; (2) the parties to this action are citizens of different states; and (3) the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

WHEREFORE, PREMISES CONSIDERED, Defendants pray for removal of the above entitled and numbered cause from the 346th Judicial District Court of El Paso County, Texas to this Honorable Court.

Respectfully Submitted,

JOHNSON, TRENT & TAYLOR, L.L.P.

By:   */s/ T. Christopher Trent*
    T. Christopher Trent.
    Texas Bar No. 20209400
    Federal Bar No. 14244
    Raphael "Rafe" C. Taylor
    Texas Bar No. 00788514
    Federal Bar No. 17278
    919 Milam, Suite 1500
    Houston, Texas 77002
    Telephone: (713) 222-2323
    Facsimile:  (713) 222-2226
    Email: ctrent@johnsontrent.com
    Email: rtaylor@johnsontrent.com

**ATTORNEYS FOR DEFENDANTS
SUNLAND PARK MALL, LLC, AND
SCHINDLER ELEVATOR
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this **14th day of March, 2022**, a true and correct copy of the foregoing document was forwarded to all counsel of record.

Eduardo D. Kosturakis                                ***Via eFile***
CESAR ORNELAS LAW
6800 Gateway Blvd. East Unit 2, Ste. B
El Paso, Texas 79915
edkosturakis@oinjurylaw.com

                                      */s/ T. Christopher Trent*
                                      T. Christopher Trent

1338894.